UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS HANEY,
    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS,
    Defendant.

Civil Action # 1:07-CV-0305

Hon. Paul L. Maloney

## ORDER

Plaintiff has withdrawn his Motion to Strike Defenses, as Defendant will have to file an answer to the Amended Complaint, and at such time, Plaintiff may renew his motion. Accordingly, Plaintiff's Motion to Strike Defenses filed on August 1, 2007 is hereby dismissed as moot.

IT IS SO ORDERED.

Dated: 8/27/2007

/s/ Paul L. Maloney
The Honorable Paul L. Maloney
U.S. District Court Judge