UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

| | | |
|---|---|---|
| CURTIS HANEY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action # 1:07-CV-0305 |
| | ) | |
| MICHIGAN DEPARTMENT OF | ) | |
| CORRECTIONS, | ) | Judge Paul L. Maloney |
|     Defendant. | ) | |

**ORDER STAYING CAUSE**

The parties having advised the Court of a tentative settlement and requested a stay and/or administrative closing of the above-referenced matter, and having considered the parties' request, this matter is hereby:     **STAYED.**

Either party may re-open these proceedings upon notice to the Court that the tentative settlement was not consummated. The parties are directed to notify the Court if and when the tentative settlement becomes final, and file the appropriate proposed Order to close the proceedings.

This is not a final order.

IT IS SO ORDERED.

September 18, 2007

/S/ Paul L. Maloney
_____
The Honorable Paul L. Maloney
United States District Judge